United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QAIS ANTHONY ALKHLALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-175 |
| | § | |
| GLOBAL ARK LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Neither party in this breach-of-contract case is represented by counsel. Pending before the Court are two motions filed by Plaintiff.

Plaintiff's motion seeking permission to file documents electronically (Dkt. 2) is respectfully **DENIED**.

Plaintiff's motion to strike Defendant's answer and enter default against Defendant (Dkt. 8) is also **DENIED** at this time. However, a corporate entity must be represented by licensed counsel and cannot proceed *pro se* in federal court. *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984). Accordingly, Defendant is **ORDERED** to retain counsel that is currently authorized to practice before the Southern District of Texas and have that counsel file a notice of appearance **on or before August 22, 2026**. If Defendant fails to retain counsel by August 22, 2026, the Court will strike Defendant's answer and entertain a motion for default judgment.

SIGNED at Houston, Texas on July 22, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1