United States District Court
Southern District of Texas

**ENTERED**

July 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLIN BARDALES MEZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3511 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Marlin Bardales Meza filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE).  On July 15, 2026, the respondents filed an advisory (Dkt. 7) stating that the petitioner was scheduled for removal no earlier than July 20, 2026. On July 22, 2026, the petitioner filed a motion to stay removal (Dkt. 8), which the Court granted later that day (Dkt. 9).  On July 23, 2026, the respondents filed notice (Dkt. 10) that officials removed the petitioner from the United States on July 22 at approximately 8:00 a.m.,  before the petitioner's motion was filed.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d

413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).  Therefore the

Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____July 30_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE